GARY PURZYCKI ET AL. *v.* TOWN OF
FAIRFIELD ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 44 Conn. App. 359 (AC 15166), is granted, limited to the following issue:

"Was the trial court correct in setting aside the verdict on the ground that the plaintiffs failed to prove that the plaintiff child was subject to imminent harm, an exception to a municipal employee's immunity from liability when performing discretionary acts?"

The Supreme Court docket number is SC 15668.

*Theodore R. Tyma,* in support of the petition.

*Tracey C. Kammerer, Thomas J. Walsh, Jr.,* and *Matthew M. Hausman,* in opposition.

Decided April 17, 1997

RALPH PASCARELLI *v.* MOLITERNO STONE SALES, INC., ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 44 Conn. App. 397 (AC 15266), is denied.

*Anselmo M. Delia,* in support of the petition.

*James D. Moran, Jr.,* in opposition.

Decided April 17, 1997